7:22mj114

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Michael J. Barrett, being duly sworn, hereby depose and state as follows:

1. I am a Postal Inspector employed with the United States Postal Inspection Service (USPIS) since 2022. I am currently assigned to the Roanoke, VA domicile of the Washington Division. My responsibilities include the investigation of federal and state criminal violations involving the United States Postal Service (USPS) and crimes furthered through the use of the United States Mail. I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant. I am authorized to investigate criminal and civil matters related to the United States Postal Service and the mails; serve warrants and subpoenas; make arrests; carry firearms; make seizures of property; administer oaths; and perform such other official duties as may be established by the Chief Postal Inspector.

2. Prior to becoming a United States Postal Inspector, I was a Police Officer with Fairfax County for four (4) years. I attended and completed a six (6) month academy, conducted at the Fairfax County Criminal Justice Academy. During my time as a police officer, I was trained in criminal investigations with regards to assaults, narcotics, violent crimes, as well as other law enforcement duties.

3. I know based on training and experience that the U.S. Mail is often used by drug trafficking organizations to transport controlled substances and proceeds from the sale of

1

controlled substances. I know based on training and experience that USPS Priority Mail and Priority Mail Express are commonly used to transport controlled substances, and drug trafficking proceeds, because drug traffickers can track parcels, control dispatch times and locations, and have a guarantee of delivery in one to three days.

## PROBABLE CAUSE

4. This affidavit is submitted in support of an application for a search warrant of a USPS Priority Mail Express parcel bearing tracking number "EI 61 5929 592 US" for controlled substances and/or the proceeds from drug trafficking. The parcel (hereafter referred to as Parcel #1) is described as follows:

   a. Addressee: T. Wilkerson, 115 Beverly Hills Circle, Lynchburg, VA 24502
   b. Return Address: S. Wilkerson, 16045 Promontory Rd, Chino Hills, CA 91709
   c. Origin: Chino Hills, CA, 91709, Postage: $64.50, Date: Nov 29, 2022
   d. Tracking Number: EI 61 5929 592 US (Parcel #1)
   e. Description: White USPS Priority Mail box bearing dimensions 11.25" x 8.75" x 6"
   f. Weight: 2 pound 14 ounces

5. On November 30, 2022, Parcel #1 was identified as a suspected drug parcel inbound to the Western District of Virginia. Parcel #1 was mailed from the Chino Hills, CA 91709 Post Office on November 29, 2022. Continuing November 30, 2022, your affiant took custody of Parcel #1. Parcel #1 is a white USPS Priority Mail box bearing a USPS Priority Mail Express handwritten label. Southern California is a known source area for parcels containing controlled substances mailed into the Western District of Virginia. A photograph of Parcel #1 is attached as Exhibit #1.

2

6. A search of postal business records revealed two (2) previous parcels mailed from the eastern Los Angeles metro area to the destination address of 115 Beverly Hills Circle, Lynchburg, VA 24502 since October 2022. The most recent parcel was a Priority Mail Express parcel mailed on November 17, 2022 and was the exact weight and postage as Parcel #1.

7. Your affiant made inquiries via postal databases and CLEAR, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name, address, and phone number information. The sender's name of "S. Wilkerson" was not associated to 16045 Promontory Rd, Chino Hills, CA 91709. A search of CLEAR indicates a person by the name of B.H. lives at 16045 Promontory Rd, Chino Hills, CA 91709. Moreover, your affiant was unable to associate "S. Wilkerson" to any other address in the Chino Hills area. A search of CLEAR indicates a person by the name of "Jaumal Wilkerson" resides at 115 Beverly Hills Circle, Lynchburg, VA 24502. Based on your affiant's training and experience, this type of mailing pattern to or from a fictitious shipping address or fictitious name can be indicative of drug trafficking through the U.S. Mail.

8. On November 30, 2022, your affiant requested a narcotic detection canine from the Virginia State Police. Trooper T. Easter, and his narcotic detection canine, "HAVOC," responded to the USPS Roanoke Processing and Distribution Center located at 419 Rutherford Avenue NE, Roanoke, Virginia 24022. Parcel #1 was placed in a blind parcel line-up and subjected to an exterior search by Canine "HAVOC." Trooper Easter advised your affiant at approximately 10:00 a.m. that Canine "HAVOC" alerted to Parcel #1. According to Trooper Easter, this positive alert meant Canine "HAVOC" detected the odor of an illegal drug emanating from Parcel #1. A

supporting affidavit of the narcotics detection training completed by Trooper Easter and Canine "HAVOC" is provided as Exhibit #2.

9. Based on the facts set forth in this affidavit, I respectfully submit that probable cause exists to believe that the USPS Priority Mail Express parcel bearing tracking number "EI 61 5929 592 US," addressed to "T. Wilkerson at 115 Beverly Hills Circle, Lynchburg, VA 24502," bearing a return address of "S. Wilkerson, 16045 Promontory Rd, Chino Hills, CA 91709," contains controlled substances, and/or the proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

10. If, and only if, the contents of Parcel #1 are determined to be contraband in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and based on the probable cause previously presented, a search warrant permitting law enforcement to:

A. Monitor the signals emitted by a beeper device, which will be installed in Parcel #1 for the sole purpose of alerting law enforcement when the parcel is opened. This beeper may emit signals from within what would be considered a private area, and

B. Monitor the signals emitted by a GPS tracking device to be installed in Parcel #1 that will indicate the location of the parcel. This GPS may emit signals from what would be considered private areas, including, but not limited to the subject location at 115 Beverly Hills Circle, Lynchburg, VA 24502.

C. These two devices will not monitor voice conversations, or provide any information other than the location of the parcel, and whether the parcel has been opened.

4

_____
Michael J. Barrett
Postal Inspector
United States Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means; specifically, by telephone, on the  1st   day of November, 2022. December, 2022.

*Robert S. Ballou*
_____
The Honorable Robert S. Ballou
United States Magistrate Judge
Western District of Virginia